■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN BELL, Appellant. [687 NYS2d 136] —Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered March 18, 1997, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant failed to preserve his appellate challenge to his second felony offender status (*People v Smith*, 73 NY2d 961), and we decline to review it in the interest of justice. Were we to review this claim, we would find that defendant was properly adjudicated a second felony offender based upon his New Jersey conviction (NJ Stat Annot § 2C:35-7). We find that resort to the New Jersey accusatory instrument is appropriate, and that such instrument establishes that the New Jersey crime involved possession of cocaine, not marihuana (*see, People v Searvance*, 236 AD2d 306, *lv denied* 89 NY2d 1041). Defendant was not deprived of effective assistance of counsel by his attorney's abandonment of this issue, since pursuit of this issue would have been futile (*see, People v Lane*, 60 NY2d 748, 750-751). We have considered and rejected defendant's additional claims. Concur—Rosenberger, J. P., Tom, Wallach and Mazzarelli, JJ.